# United States Bankruptcy Court
## of the
## Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  JULIE K. LAYNE  
4303 NINA TERRACE  
ROCKFORD, IL  61101  

SSN-xxx-xx-0522

Case Number: 04-74171

Case filed on: 8/19/2004  
Plan Confirmed on: 10/29/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $12,440.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
|  | Total Legal | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
| 004 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | TRI STATE ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | BUSINESSMEN'S COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ARROW FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | K.C.A. FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | K.C.A. FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | ANDERSON FINANCIAL NETWORK INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JULIE K. LAYNE | 0.00 | 0.00 | 480.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 480.00 | 0.00 |
| 001 | THOMAS D LUCHETTI PC | 6,175.00 | 6,175.00 | 6,175.00 | 787.68 |
|  | Total Secured | 6,175.00 | 6,175.00 | 6,175.00 | 787.68 |
| 001 | THOMAS D LUCHETTI PC | 2,187.00 | 2,187.00 | 329.88 | 0.00 |
| 002 | ADVANCE CASH EXPRESS | 450.00 | 450.00 | 67.88 | 0.00 |
| 003 | ALPINE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN CASH-N-GO | 455.28 | 455.28 | 68.67 | 0.00 |
| 006 | AMERICASH LOANS LLC | 248.07 | 248.07 | 37.42 | 0.00 |
| 007 | COTTONWOOD FINANCIAL | 685.36 | 685.36 | 103.38 | 0.00 |
| 008 | CRUSADER CLINIC | 606.40 | 606.40 | 91.47 | 0.00 |
| 010 | ROCKFORD MERCANTILE AGENCY INC | 1,913.31 | 1,913.31 | 288.60 | 0.00 |
| 011 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FREEPORT MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | HHM/EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HOLLYWOOD ENTERTAINMENT CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | RADIOLOGY CONSULT. OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | RADIOLOGY CONSULT. OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | RADIOLOGY CONSULT. OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | RADIOLOGY CONSULT. OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | RADIOLOGY CONSULTANTS, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROCK RIVER PROPERTIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | SBC MIDWEST | 249.29 | 249.29 | 37.61 | 0.00 |
| 031 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | AFNI/VERIZON | 607.64 | 607.64 | 91.66 | 0.00 |
| 042 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | MUTUAL MANAGEMENT SERVICES | 3,013.74 | 3,013.74 | 454.58 | 0.00 |
| 045 | ROCKFORD MERCANTILE AGENCY INC | 242.33 | 242.33 | 36.54 | 0.00 |
|  | Total Unsecured | 10,658.42 | 10,658.42 | 1,607.69 | 0.00 |
|  | Grand Total: | 19,433.42 | 19,433.42 | 10,862.69 | 787.68 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $11,650.37 |
| Trustee Allowance: | $789.63 |
| Percent Paid Unsecured: | 15.08 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008          By  /s/Heather M. Fagan